# Richmond

CITY OF ROANOKE v. J. B. BRAY AND NANCY ELLEN BRAY, AND CITY OF ROANOKE v. RALPH J. RITCHIE AND C. L. STAFFORD, RECEIVERS, ETC., AND CITY OF ROANOKE v. KATE L. HUFF.

November 16, 1933.

Present, Campbell, C. J., and Holt, Epes, Hudgins and Browning, JJ.

The opinion states the case.

*Robert C. Jackson,* for the plaintiff in error.

*Woods, Chitwood, Coxe & Rogers* and *Murray A. Foster,* for the defendants in error.

*Showalter, Parsons, Kuyk & Coleman,* for Ritchie, defendant in error.

HOLT, J., delivered the opinion of the court.

These cases are controlled by *City of Norfolk* v. *Snyder, ante,* page 288, 170 S. E. 721; *City of Roanoke* v. *Gibson, et als., ante,* page 342, 170 S. E. 723, and *City of Roanoke* v. *Williams, ante,* page 351, 170 S. E. 726, decided by this court at its September term, 1933. It follows that the judgment appealed from in each instance must be reversed and the assessments, set aside by the trial court, reinstated. It is so ordered.

*Reversed.*